GLADYS MILLER v. JAY MILLER.

September 20, 1983.

Petition for certification granted.

L.J.M. v. T.R.M.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN GRECO.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD COTTINGHAM.

September 20, 1983.

Petition for certification denied.